Impleaded with HOWARD G. WELSCH.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL KRIDEL and Others v. JACOB BERNSTEIN and Others, Impleaded, etc.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley. JJ.

CHARLOTTE FISHER and Others v. SADIE FRIEL HAMMERSMITH, Also Known as SADIE FRIEL.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed on or before December 11, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EVINS F. GLORE & SON v. BENNETT ROSE and Others, Impleaded with HENRY HAUER, INC., and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed on or before December 11, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley. JJ.

EVINS F. GLORE & SON v. BENNETT ROSE and Others, Impleaded with HENRY HAUER, INC., and Another and FREED HEATER COMPANY and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed on or before December 11, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. OIERRE C. GIBBONS.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT LOVETT.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ZAPHIROS ROUSSOS.— Motion to dismiss appeal granted. Present — Dowling. P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACK FINKELSTEIN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley. JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE McKEE.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley. JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST J. KOHLER.— Motion to dismiss appeal granted, unless appellant procure the record on appeal and appellant's points to be filed on or before November 16, 1929, with notice of argument for December 3, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SALVI GOLDENBERG.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK D'AMBROSIO.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley. JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN HOFFMAN.— Motion to